Announced Wednesday, November 4

38453. Ohio Power Co., appellant v. Doris M. Brown et al., appellees. Hancock County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38460. Cooper Lee Smith, appellant v. Ohio Steel Foundry et al., appellees. Allen County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38888. Frederick Steel Corp., appellee v. Arthur Rabkin, appellant. Hamilton County. Appeal from the Court of Appeals. Settled and dismissed by agreement.

39015. Arthur Ray Clark v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39087. John W. Stebelton v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

60. Cleveland Bar Assn. v. John T. Bilinski. On Certified Report by the Board of Commissioners on Grievances and Discipline. Report confirmed and respondent suspended from practice of law for indefinite period. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38888. Frederick Steel Corp., appellee v. Arthur Rabkin, appellant. Hamilton County. Settled and dismissed by agreement.